| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy** <br> **Benjamin Heston** <br> **3090 Bristol Street #400** <br> **Costa Mesa, CA 92626** <br> **Phone: (949) 312-1377** <br> **Email: ben@nexusbk.com** <br> **Bar Number: 297798** <br> **Attorney for Debtor** <br><br> ☐ *Debtor(s) appearing without an attorney* <br> ☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: <br><br> **Richard Leroy Mestas** <br> **Nancy Lee Mestas** <br><br><br> Debtor(s). | CASE NO.: **6:25-bk-17221-RB** <br> CHAPTER: **13** <br><br> **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE** <br><br> [11 U.S.C. § 521(a)(1)(B)(iv)] <br><br> [No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/20/2025     Richard Leroy Mestas                    /s/ Richard Mestas
                    Printed name of Debtor 1                  Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/20/2025    Nancy Lee Mestas
                    Printed name of Debtor 2                            Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                        Page 2                         F 1002-1.EMP.INCOME.DEC

DETACH ON DOTTED LINE
KEEP THIS PORTION FOR YOUR RECORDS

74-356370

ISSUE DATE: 08/25/2025    Please contact your local IHSS county office for PAYMENT questions.

| Recipient | MESTAS NANCY L | ID# 1725308 |
|---|---|---|
| Payee/Provider | MESTAS RICHARD L | ID# 003128801 |

| Service Period: 08/01/25 to 08/15/25 | Timesheet # | 4226864307 | 33 70 |
|---|---|---|---|

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Process Date: 08/21/25 | | | Federal | .00 | .00 |
| Pay Rate: $ 18.50 | | | Addt Federal | .00 | .00 |
| Hours Submitted | H 075 | M 00 | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt State | .00 | .00 |
| Total Hours Paid | H 075 | M 00 | FICA | .00 | .00 |
| Travel Hours | H 000 | M 00 | Medicare | .00 | .00 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | .00 | .00 |
| Sick Leave Hours | H 000 | M 00 | Share of Cost | .00 | .00 |
| | Current | YTD | Recovery | .00 | .00 |
| Regular * | 1387.50 | 9537.50 | Lien | .00 | .00 |
| Adjustment | .00 | .00 | Health | .00 | .00 |
| Travel | .00 | .00 | Dues | .00 | .00 |
| Overtime | .00 | .00 | Health Trust | .00 | .00 |
| Sick Leave | .00 | .00 | CAF/PEOPLE | .00 | .00 |
| Total Gross | 1387.50 | 9537.50 | Initiation | .00 | .00 |
| Net Pay | 1387.50 | 9537.50 | Other Insurance | .00 | .00 |
| | | | CalSavers | .00 | .00 |
| Sick Leave | Avail | Paid | Total Deductions | .00 | .00 |
| Fiscal Year 2025-2026 | 40:00 | 00:00 | | | |

* Includes Overtime Hours at regular rate.

74-356369

DETACH ON DOTTED LINE
KEEP THIS PORTION FOR YOUR RECORDS

ISSUE DATE: 08/25/2025      Please contact your local IHSS county office for PAYMENT questions.

| Recipient | MESTAS NANCY L | ID# 1725308 |
|---|---|---|
| Payee/Provider | MESTAS RICHARD L | ID# 003128801 |

| Service Period: 07/16/25 to 07/31/25 | Timesheet # | 4225460637 | 33 70 |
|---|---|---|---|

Process Date: 08/21/25

Pay Rate: $ 18.50

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Federal | .00 | .00 |
| Hours Submitted | H 077 | M 00 | Addt Federal | .00 | .00 |
| | | | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt State | .00 | .00 |
| Total Hours Paid | H 077 | M 00 | FICA | .00 | .00 |
| Travel Hours | H 000 | M 00 | Medicare | .00 | .00 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | .00 | .00 |
| Sick Leave Hours | H 000 | M 00 | Share of Cost | .00 | .00 |
| | | | Recovery | .00 | .00 |
| | Current | YTD | Lien | .00 | .00 |
| Regular * | 1424.50 | 8150.00 | Health | .00 | .00 |
| Adjustment | .00 | .00 | Dues | .00 | .00 |
| Travel | .00 | .00 | Health Trust | .00 | .00 |
| Overtime | .00 | .00 | CAF/PEOPLE | .00 | .00 |
| Sick Leave | .00 | .00 | Initiation | .00 | .00 |
| Total Gross | 1424.50 | 8150.00 | Other Insurance | .00 | .00 |
| Net Pay | 1424.50 | 8150.00 | CalSavers | .00 | .00 |
| Sick Leave | Avail | Paid | Total Deductions | .00 | .00 |
| Fiscal Year 2025-2026 | 40:00 | 00:00 | | | |

* Includes Overtime Hours at regular rate.