1  **WRIGHT, FINLAY & ZAK, LLP**
   Arnold L. Graff, Esq. (SBN 269170)
2  4665 MacArthur Court, Suite 200
   Newport Beach, CA 92660
3  Telephone: (949) 477-5050;
   Fax: (949) 608-9142
4  Email: agraff@wrightlegal.net
   WFZ #: 252-20252809
5
   Attorney for Secured Creditor,
6  OREGON TRAIL CORPORATION

7

8 <center>UNITED STATES BANKRUPTCY COURT</center>

9 <center>CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION</center>

10

11 | In re: | Case No. 6:25-bk-17221-RB |
   | --- | --- |
12 | RICHARD LEROY MESTAS and | Chapter: 13 |
   | NANCY LEE MESTAS, | |
13 | | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
14 | Debtors. | |

15

16 <center>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**</center>

17 PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 9010 attorney Arnold L.

18 Graff, Esq., of Wright, Finlay & Zak, LLP, represents Secured Creditor, OREGON TRAIL

19 CORPORATION, in the above-referenced bankruptcy case.  Wright, Finlay & Zak, LLP also

20 hereby requests special notice of all events relevant to the above-referenced bankruptcy and

21 copies of all pleadings or documents filed in relation to the above-referenced bankruptcy whether

22 or not notice is ordinarily required, including all pleadings or notices under Fed. R. Bankr. P.

23 2002, the commencement of any adversary proceedings, the filing of any requests for hearing,

24 objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters

1  which must be noticed to creditors, parties-in-interest, and other notices as required by the United

2  States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

3      Wright, Finlay & Zak, LLP further requests that for all notice purposes and for inclusion

4  in the Master Mailing List in this case, the following address be used:

> WRIGHT, FINLAY & ZAK, LLP
> Arnold L. Graff, Esq. (SBN 269170)
> 4665 MacArthur Court, Suite 200
> Newport Beach, CA  92660
> Tel: (949) 477-5050; Fax: (949) 608-9142
> Email: agraff@wrightlegal.net

9      Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

10  proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

11  waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4 made applicable

12  to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Wright, Finlay & Zak,

13  LLP's participation in the instant proceeding. Moreover, the within party does not authorize

14  Wright, Finlay & Zak, LLP, either expressly or impliedly through Wright, Finlay & Zak, LLP's

15  participation in the instant proceeding, to act as its agent for purposes of service under Fed. R.

16  Bankr. P. 7004.

**WRIGHT, FINLAY & ZAK, LLP**

Dated: October 28, 2025        By: /s/ *Arnold L. Graff, Esq.*
    Arnold L. Graff, Esq.
    Attorney for Secured Creditor,
    OREGON TRAIL CORPORATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4665 MacArthur Court, Suite 200, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): Notice of Appearance and Request for Special Notice

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/28/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2025 | JACKIE KLABACHA POWELL | /s/ Jackie Klabacha Powell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| RICHARD LEROY MESTAS and NANCY LEE MESTAS | Debtor(s). | CASE NO.: 6:25-bk-17221-RB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Rod Danielson (TR)    notice-efile@rodan13.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

SERVED BY UNITED STATES MAIL:

DEBTORS:
Richard Leroy Mestas
Nancy Lee Mestas
1104 Ribbonwood Court
Hemet, CA 92545

DEBTORS' COUNSEL:
Benjamin Heston
NEXUS BANKRUPTCY
3090 Bristol St., #400
Costa Mesa, CA 92626

CHAPTER 13 TRUSTEE:
Rod Danielson
3787 University Avenue
Riverside, CA 92501

U.S. TRUSTEE:
Office of the United States Trustee
3801 University Avenue, #720
Riverside, CA 92501-3200