**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Tel: 949.312.1377**
**Fax: 949.288.2054**
***ben@nexusbk.com***

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | **Case No: 6:25-bk-17221-RB** |
| RICHARD LEROY MESTAS, and | **Chapter 13** |
| NANCY LEE MESTAS, | **NOTICE OF CONTINUANCE OF §341(a) HEARING** |
| Debtors. | |
| | **Hearing:**<br>Date: December 3, 2025<br>Time: 10:00 AM<br>Location:  Zoom video meeting<br>        Go to Zoom.us/join<br>        Enter Meeting ID 376 608 2241<br>        Passcode 7122449023<br>        OR call 1 909 498 7843 |

**TO ALL INTERESTED PARTIES,**

**PLEASE TAKE NOTICE** that §341(a) Meeting of Creditors has been continued to December 3, 2025 at 10:00 AM and will be conducted remotely over Zoom. If you wish to attend, you must do so using the connection information listed below.

    **Go to Zoom.us/join**
    **Enter Meeting ID 376 608 2241**
    **Passcode 7122449023**
    **OR call 1 909 498 7843**

Date: November 3, 2025                                      /s/Benjamin Heston
                                                                                       BENJAMIN HESTON,
                                                                                       Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF §341(A) HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/3/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/3/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/3/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

Bridgecrest Acceptance Corporation
4515 N Santa Fe Ave, Dept APS
Oklahoma City, OK 73118-7901

Oregon Trail Corporation
c/o Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Citibank
PO Box 6500
Sioux Falls, SD 57117-6500

Credit Corp Solutions Inc
121 W Election Rd
Sandy, UT 84020-7766

Dept. of Tax & Fee Administration
PO Box 942879 MIC 29
Sacramento, CA 94279-0001

Discover Financial Services LLC
PO Box 3025
New Albany, OH 43054-3025

First National Bank of Omaha
1620 Dodge St, Stop Code 3113
Omaha, NE 68102-1593

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Credit Management
PO Box 939069
San Diego, CA 92193-9069

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Quantum3 Group LLC
agent for Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Spring Oaks Capital LLC
1400 Crossways Blvd, Ste 100B
Chesapeake, VA 23320-0207

Seventh Avenue
1112 7th Ave
Monroe, WI 53566-1364

TD Bank / Target
PO Box 673
Minneapolis, MN 55440-0673