United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-17221-RB |
| Richard Leroy Mestas | Chapter 13 |
| Nancy Lee Mestas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2026 | Form ID: van150 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Leroy Mestas, Nancy Lee Mestas, 1104 Ribbonwood Court, Hemet, CA 92545-7733 |
| cr | + | Oregon Trail Corporation, Wright, Finlay & Zak, LLP, 4665 MacAarthur Court, Suite 200, Newport Beach, CA 92665, UNITED STATES 92660-1811 |
| 42727213 | | Dept of Tax & Fee Admin, PO Box 942879 MIC 29, Sacramento, CA 94279-0001 |
| 42727222 | + | Oregon Trail Corporation, 4022 Katella Ave UNIT 104, Los Alamitos, CA 90720-3461 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jan 13 2026 06:06:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 13 2026 06:06:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Jan 13 2026 06:00:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42782277 | + | EDI: AISACG.COM | Jan 13 2026 06:00:00 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42727212 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 13 2026 01:18:00 | Credit Corp Solutions, 63 East 11400 south #408, Sandy, UT 84070-6705 |
| 42780199 | | EDI: CALTAXFEE | Jan 13 2026 06:06:00 | California Dept. of Tax and Fee Administration, Collection Support Bureau: MIC 29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| 42727211 | | EDI: CITICORP | Jan 13 2026 06:00:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42727214 | | EDI: DISCOVER | Jan 13 2026 06:00:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42762155 | + | EDI: CBS7AVE | Jan 13 2026 06:06:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 42727215 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 13 2026 01:19:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 42780825 | | EDI: CALTAX.COM | Jan 13 2026 06:06:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42727216 | | EDI: AMINFOFP.COM | Jan 13 2026 06:06:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 42727217 | | EDI: CALTAX.COM | | |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: van150 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 13 2026 06:06:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42727218 | | EDI: IRS.COM | Jan 13 2026 06:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42727219 | | EDI: JEFFERSONCAP.COM | Jan 13 2026 06:06:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 42815291 | | EDI: JEFFERSONCAP.COM | Jan 13 2026 06:06:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 42815377 | | EDI: JEFFERSONCAP.COM | Jan 13 2026 06:06:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 42727220 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2026 01:26:30 | LVNV Funding, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 42731949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2026 01:26:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42740610 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2026 01:26:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 42727221 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2026 01:19:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42812213 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2026 01:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 42813316 | | EDI: PRA.COM | Jan 13 2026 06:00:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 42727223 | | EDI: PRA.COM | Jan 13 2026 06:00:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 42741038 | | EDI: Q3G.COM | Jan 13 2026 06:06:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 42831140 | | EDI: Q3G.COM | Jan 13 2026 06:06:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42831138 | | EDI: Q3G.COM | Jan 13 2026 06:06:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42756739 | | Email/Text: bankruptcy@springoakscapital.com | Jan 13 2026 01:18:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 42727225 | | Email/Text: bankruptcy@springoakscapital.com | Jan 13 2026 01:18:00 | Spring Oaks Capital, PO Box 1216, Chesapeake, VA 23327-1216 |
| 42762156 | + | EDI: CBS7AVE | Jan 13 2026 06:06:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 42727224 | | EDI: CBS7AVE | Jan 13 2026 06:06:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 42727226 | | EDI: WTRRNBANK.COM | Jan 13 2026 06:00:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42836168 | | Oregon Trail Corporation, P.O. Box 2673, Seal Beac |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Arnold L Graff | on behalf of Creditor Oregon Trail Corporation agraff@wrightlegal.net nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor Richard Leroy Mestas bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Nancy Lee Mestas bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Richard Leroy Mestas

**BANKRUPTCY NO.** 6:25-bk-17221-RB

**CHAPTER** 13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-3593
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/12/26

**JOINT DEBTOR INFORMATION:**
Nancy Lee Mestas

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-7556
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 1/12/26

**Address:**
1104 Ribbonwood Court
Hemet, CA 92545

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Automatic Stay is moot. All pending motions and adversary proceedings are vacated and dismissed.

Dated: January 12, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150-od13a Rev. 06/2017

**28 / SH**